■ RUTH E. KAHN et al., Appellants, v REVLON GROUP INCORPORATED, Respondent.—Order, Supreme Court, New York County (David Edwards, Jr., J.), entered on December 11, 1987, unanimously affirmed, for reasons stated by David Edwards, Jr., J., without costs and without disbursements. Concur—Kupferman, J. P., Sullivan, Carro, Milonas and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON APONTE, Also Known as RAYMON APONTE, Also Known as B. RAMON APONTE, Appellant.—Judgment, Supreme Court, Bronx County (George Covington, J.), rendered on January 9, 1987, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Carro, Milonas and Ellerin, JJ. [147 AD2d 379.]